IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RAQUEL BELAN PONCE,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL BRADFORD STANTON and J & J MARTIN, INC.,<br><br>    Defendants. | Case No. _____<br><br>Iowa District Court for Cass County<br>Case No. **LACV025503**<br><br>**NOTICE OF REMOVAL** |

  Pursuant to 28 U.S.C. sections 1332(a)(1), 1441(a), and 1446, Defendants Joel Bradford Stanton and J & J Martin, Inc., hereby remove the action pending in the Iowa District Court captioned <u>Raquel Belan Ponce v. Joel Bradford Stanton and J&J Martin, Inc.</u>, Cass County No. LACV025477, to the Western Division of the United States District Court for the Southern District of Iowa.  In support of this Notice of Removal, Defendants state as follows:

  1. On February 20, 2018, Plaintiff commenced an action in the Iowa District Court for Cass County, captioned <u>Raquel Belan Ponce v. Joel Bradford Stanton and J&J Martin, Inc.</u>, Case No. LACV025477.  A true and correct copy of the Original Notice and Petition is attached as Exhibit A.

  2. Pursuant to Local Rule 81(a)(1), copies of all other process, pleadings, and orders filed in the state court action are attached as Exhibit B.

  3. Pursuant to Local Rule 81(a)(2), Defendants state that there are no motions pending in the state court action that will require resolution by this Court.

  4. Pursuant to Local Rule 81(a)(3), Defendants provide the following information:

| **Counsel for Plaintiff** | **Counsel for Defendants** |
|---|---|
| **Joel Yunek** | **Matthew Eslick** |
| YUNEK LAW FIRM | LAW OFFICE OF GARY D. GOUDELOCK, JR. |
| 10 N. Washington St. | 666 Walnut St. |
| PO Box 270 | Suite 2302 |
| Mason City, IA 50402 | Des Moines, IA 50309 |
| Tel: (641) 424-1933 | Tel: (515) 508-6465 |
| Fax: (641) 424-1939 | Fax: (877) 698-1826 |
| E-mail: joel@masoncitylawyer.com | E-mail: eslicm1@nationwide.com |

5. Defendant J&J Martin, Inc., has been properly served.

6. On April 30, 2018, the undersigned accepted service on behalf of Joel Bradford Stanton.

7. This Notice of Removal is being filed in the United States District Court for the Southern District of Iowa, Western Division, the district and division in which the case is pending.

8. This Notice of Removal is being filed within thirty days of Defendants' receipt of the Original Notice and Petition, as required by 28 U.S.C. § 1446(b).

9. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1), because this is an action between citizens of different States, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

10. Upon information and belief, Plaintiff was at all relevant times a resident of Mason City, Cerro Gordo County, Iowa, thereby making her a citizen of the State of Iowa for diversity purposes. See Exhibit C. See, e.g., Hrastich v. Advance Auto Parts, Inc., No. 4:14-cv-22-JAR, 2014 U.S. Dist. LEXIS 92269, at *4-*5 (E.D. Mo. July 7, 2014) ("Although residence alone is not the equivalent of citizenship, the place of residence is *prima facie* the domicile."); Diego Beekman Mut. Hous. Ass'n Hous. Dev. Fund Corp. Hdfc. v. Dish Network, L.L.C., No.

15 Civ. 1094, 2016 U.S. Dist. LEXIS 33523, at *25 (S.D.N.Y. Mar. 15, 2016) ("'[A]n individual's residence at the time a lawsuit is commenced provides *prima facie* evidence of his domicile' – which in turn determines citizenship." (quoting Willis v. Westin Hotel Co., 651 F. Supp. 598, 601 (S.D.N.Y. 1986))). Cf. Barricks v. Barnes-Jewish Hosp., No. 4:11-cv-1386(CEJ), 2012 U.S. Dist. LEXIS 115434, at *6 (E.D. Mo. 2012 ("[F]ederal courts often consider a class member's last-known residence in ascertaining citizenship.").

11. Defendant Joel Bradford Stanton is a citizen of the State of Kansas.

12. Defendant J&J Martin, Inc., is a corporation incorporated in the State of Kansas with its principal place of business in Hugoton, Kansas.

13. Plaintiff is an Iowa citizen and Defendants are Kansas citizens. As a result, the parties are completely diverse pursuant to 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

14. Diversity jurisdiction under 28 U.S.C. 1332 also requires that the amount in controversy, exclusive of interest and costs, be in excess of $75,000.00.

15. Iowa law prohibits a plaintiff from demanding a specific dollar amount in a petition at law. See Iowa R. Civ. P. 1.403(1). However, upon information and belief, the amount in controversy in this matter exceeds $75,000.00. Cf. id. R. 1.281(1)(a) (allowing for expedited actions where a plaintiff certifies that the amount in controversy totals $75,000 or less; Plaintiff did not select such an action). Accordingly, this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a).

16. Defendants will provide Plaintiff with prompt written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of

Removal with the Clerk of the Iowa District Court for Cass County, where the Petition was originally filed.

**WHEREFORE**, Defendants request that this action be removed from the Iowa District Court for Cass County to the Western Division of the United States District Court for the Southern District of Iowa.

    Respectfully submitted,

_/s/ Matthew Eslick_
Matthew R. Eslick    AT0002409
Law Office of Gary D. Goudelock, Jr.
666 Walnut Street, Suite 2302
Des Moines, IA 50309
Eslicm1@nationwide.com
Phone: (515) 508-6460
Direct: (515) 508-6465
Fax:    (877) 698-1826

ATTORNEY FOR DEFENDANTS

Original E-filed.

Copy via CM/ECF to:

Joel J. Yunek
10 North Washington Ave.
P.O. Box 270
Mason City, IA 50402-0270
641-424-1933
F: 641-424-1939
joel@masoncitylawyer.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by E-File on April 30, 2018.

  /s/ Julie Sander