IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RAQUEL BELAN PONCE,<br><br>     Plaintiff,<br><br>v.<br><br>JOEL BRADFORD STANTON and J & J MARTIN, INC.,<br><br>     Defendants. | Case No. 1:18-cv-00016-CRW-SBJ<br><br><br>**ANSWER. AFFIRMATIVE DEFENSES, THIRD-PARTY COMPLAINT, AND JURY DEMAND** |
| JOEL BRADFORD STANTON and J & J MARTIN, INC.,<br><br>     Third-Party Plaintiffs,<br><br>v.<br><br>DOMINIC MORENO,<br><br>     Third-Party Defendant. | |

COMES NOW Defendants Joel Bradford Stanton and J & J Martin, Inc., and provide the following Answer and Affirmative Defenses:

1.      In response to paragraph 1, Defendants admit Plaintiff was the passenger in a motor vehicle driven by Dominic Moreno westbound on I-80 in Cass County.  The remaining allegations of paragraph 1 are denied.

2.      In response to paragraph 2, Defendants admit Defendant Stanton pled guilty to unsafe passing.  The remaining allegations of paragraph 2 are denied.

3.      Paragraph 3, and each of its subparagraphs, is denied.

WHEREFORE Defendants Joel Bradford Stanton and J & J Martin, Inc., respectfully request that the Court dismiss this action at Plaintiff's expense.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiff has failed to mitigate the damages she is claiming in this action, such that she has forfeited any present right to seek compensation from Defendants.

## THIRD-PARTY COMPLAINT

1.      Upon information and belief, Third-Party Defendant Dominic Moreno is a resident of Cerro Gordo County Iowa.

2.      Defendant/Third-Party Plaintiff Joel Bradford Stanton is a citizen of the State of Kansas.

3.      Defendant/Third-Party Plaintiff J & J Martin, Inc, is a corporation organized under the laws of the State of Kansas, and has its principal place of business in Hugoton, Kansas.

4.      This Court has jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a) and Ubben v. Sauder Woodworking Co., No. C05-3043-PAZ, 2006 U.S. Dist. LEXIS 31925 (N.D. Iowa May 10, 2006).

5.      On or about April 15, 2016, Third-Party Defendant was the driver of a vehicle traveling westbound on I-80 in Cass County when it collided with a vehicle driven by Defendant/Third-Party Plaintiff Joel Bradford Stanton.

6.      Plaintiff was a passenger in the vehicle driven by Third-Party Defendant.

7.      Plaintiff allegedly sustained injuries because of the collision.

8.      Plaintiff has since filed claims against Defendants/Third-Party Plaintiffs.

9.      Third-Party Defendant operated his vehicle in a negligent manner.

## COUNT I - CONTRIBUTION

10.     The preceding paragraphs are incorporated herein as if set forth verbatim.

11.     Defendants/Third-Party Plaintiffs contend they are not responsible for the events giving rise to Plaintiff's cause of action, or legally responsible in any way for Plaintiff's claimed damages.  However, if because of the matters alleged in the Plaintiff's Complaint Defendants/Third-Party Plaintiffs are held liable for all or any part of the claim for damages asserted against them by Plaintiff, Third-Party Defendant—to the extent his fault is determined by the jury—is obligated to reimburse and is liable to Defendants/Third-Party Plaintiffs for all or any liability so assessed by way of contribution.

**WHEREFORE** Defendants/Third-Party Plaintiffs Joel Bradford Stanton and J & J Martin, Inc., respectfully request that this Court enter judgment against Third-Party Defendant Dominic Moreno, for such amounts as will fairly and reasonably compensate Defendants/Third-Party Plaintiffs, and for such other and further relief as the Court deems just.

## JURY DEMAND

Defendants demand a trial by jury on all matters to which they are entitled by law.

Respectfully submitted,

Matthew R. Eslick          AT0002409
Law Office of Gary D. Goudelock, Jr.
666 Walnut Street, Suite 2302
Des Moines, IA  50309
Eslicm1@nationwide.com
Phone: (515) 508-6460
Direct: (515) 508-6465
Fax:     (877) 698-1826
ATTORNEY FOR DEFENDANTS

Original E-filed.

Copy via CM/ECF to:

Joel J. Yunek
10 North Washington Ave.
P.O. Box 270
Mason City, IA 50402-0270
641-424-1933
F:  641-424-1939
joel@masoncitylawyer.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by E-File on May 15, 2018.

      /s/ Julie Sander