IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RAQUEL BALEN PONCE, | ( |
| | ( LAW NO. 1:18 CV16 |
| Plaintiff, | ( |
| | ( |
| v. | ( |
| | ( STIPULATION FOR DISMISSAL |
| JOEL BRADFORD STANTON and | ( AND RECEIPT FOR COSTS |
| J & J MARTIN, INC., | ( |
| | ( |
| Defendants. | ( |

COME NOW the parties and stipulate for the dismissal of this matter and receipt for costs.

_____
Joel J. Yunek
10 North Washington Avenue
Mason City, Iowa 50402-0270
ATTORNEY FOR PLAINTIFF

_____
Matt Eslick
666 Walnut Street, Suite 2302
Des Moines, IA 50309
ATTORNEY FOR DEFENDANT STANTON

_____
Adam P. Bates
800 Lake Drive, Suite 125
West Des Moines, IA 50266
ATTORNEY FOR DEFENDANT J & J MARTIN